IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARCUS WAYNE PETHERS | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv354 |
| UNKNOWN JOHN DOES | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Marcus Wayne Pethers, formerly an inmate at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

    The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action for failing to state a claim upon which relief may be granted. The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.

    A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. The copy of the Report mailed to Plaintiff was returned to the Court with as unclaimed. Plaintiff, however, has failed to provide the Court with another new address at which he may be contacted. As of this date, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report of the magistrate judge is ADOPTED.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 20th day of November, 2025.**

_____
Michael J. Truncale
United States District Judge